# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Berry, Antonio

### DEFENDANTS
County of San Diego by an through the Metropolitan Transit System, Officer Eric Arellanes, Officer Alejandro Casas

**(b)** County of Residence of First Listed Plaintiff: County of San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: County of San Diego
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**'20CV0590 JAH BLM**

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Vincent W. Davis, Esq., Law Office of Vincent W. Davis & Associates
150 North Santa Anita Avenue, Suite 200, Arcadia, CA 91006 (626) 446-6442

Attorneys *(If Known)*
John R. Clifford, Esq./Te'Aira L. Law, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 401 West A Street, Suite 1900, San Diego, CA 92101, (619() 321-6200 (Attorney for Officer Alejandro Casas)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** according to proof at trial

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: 
DOCKET NUMBER: 

DATE: 03/27/2020

SIGNATURE OF ATTORNEY OF RECORD: /s/ John Clifford

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

1  JOHN R. CLIFFORD, ESQ. (State Bar No. 124203)
   TE'AIRA L. LAW (State Bar No. 289118)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  401 West A Street, Suite 1900
   San Diego, CA 92101
4  Telephone: (619) 321-6200
   Facsimile: (619) 321-6201
5  Email: john.clifford@wilsonelser.com
            teaira.law@wilsonelser.com
6
   Attorneys for Defendant
7  Alejandro Casas

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  ANTONIO BERRY,                              )  Case No.
                                                )
12              Plaintiff,                      )  **CERTIFICATE OF SERVICE**
                                                )
13       vs.                                    )
                                                )
14  COUNTY OF SAN DIEGO, by and                 )
    through The Metropolitan Transit            )
15  System; OFFICER ERIC                        )
    ARELLANES, an individual and agent          )
16  for County of San Diego; OFFICER            )
    ALEJANDRO CASAS, an individual              )
17  and agent for County of San Diego; and      )
    DOES 1 through 50, inclusive,               )
18                                              )
                Defendants.                     )
19  _____)

20       I, the undersigned, am employed in the county of San Diego, State of

21  California. I am over the age of 18 and not a party to the within action; my business

22  address is 401 West A Street, Suite 1900, San Diego, California, 92101.

23       On March 27, 2020, I caused to be served the following document(s):

24
    **CIVIL CASE COVER SHEET**
25

26  ☒    **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of
    collection and processing correspondence for mailing. Under that practice it would
27  be deposited with the U.S. Postal Service on that same day with postage thereon
    fully prepaid at San Diego, California in the ordinary course of business. The
28  envelope was sealed and placed for collection and mailing on this date following our

1  ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one
2  day after date of deposit for mailing in affidavit.

3  ☐ **BY ELECTRONIC TRANSMISSION VIA ECF** – I electronically filed the foregoing document(s) with the Clerk of the Court through the CM/ECF system for
4  the United States District Court, Southern District of California, which sent Notification of Electronic Filing to the persons listed. Upon completion of
5  transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the CM/ECF system.

6
   ☐ **BY FAX** - As follows: I personally sent to the addressee's telecopier number
7  a true copy of the above-described documents. Thereafter I sent a true copy in a sealed envelope addressed and mailed as indicated above.
8

9  I declare under penalty of perjury under the laws of the State of California, that
10 the above is true and correct. Executed on March 27, 2020, at San Diego, California.

11
                                        *Katelyn Kingsley*
12                                      Katelyn Kingsley

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
CERTIFICATE OF SERVICE

Antonio Berry v. County of San Diego, et al.
Case No.

# CERTIFICATE OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Vincent W. Davis, Esq.<br>Andre L. Clark, Esq.<br>Law Offices of Vincent W. Davis & Associates<br>150 N. Santa Anita Avenue, Suite 200<br>Arcadia, CA 91006<br>Tel: (626) 446-6442<br>Fax: (626) 446-6454<br>Email: v.davis@vincentwdavis.com<br>         a.clark@vincentwdavis.com | ATTORNEYS FOR PLAINTIFF |