# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO BERRY,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, by and through The Metropolitan Transit System; OFFICER ERIC ARELLANES, an individual and agent for County of San Diego; OFFICER ALEJANDRO CASAS, an individual and agent for County of San Diego; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 20cv590-JAH (BLM)<br><br>**ORDER VACATING HEARING** |

After careful review, the Court deems Defendant County of San Diego *et al.*'s motion to dismiss (Doc. No. 3), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion is taken under submission without oral argument and the hearing set for May 18, 2020, is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: May 11, 2020

                _____
                Hon. John A. Houston
                United States District Judge

1