UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO BERRY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, by and through THE METROPOLITAN TRANSIT SYSTEM; OFFICER ERIC ARELLANES, an individual and agent for County of San Diego; OFFICER ALEJANDRO CASAS, an individual and agent for County for San Diego; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:20-cv-0590-JAH-BLM<br><br>**ORDER GRANTING MOTION TO WITHDRAW (ECF No. 26).** |

　　　On March 31, 2022, counsel for Plaintiff Antonio Berry ("Plaintiff" or "Mr. Berry") filed a motion to withdraw as attorney for Plaintiff, citing numerous difficulties. (ECF No. 26). Counsel has submitted a declaration in support of withdrawal, and also contends that because the case is in the early stages of prosecution, a withdrawal would not cause prejudice to the Plaintiff.

1 | The decision to grant or deny a motion to withdraw is within the discretion of the trial court. *Kassab v. San Diego Police Dep't*, 2008 WL 251935, at *1 (S.D. Cal. Jan. 29, 2008) (citations omitted). In making that determination, courts consider "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Id.* (citation omitted).

After reviewing the record and the reasons for withdrawal noted by Carol Baidas, Esq., in her declaration in support of the request, the Court concludes that there is good cause to **grant** counsel's motion to withdraw, and that the withdrawal will not prejudice the Plaintiff or justice, nor lead to an unduly delayed resolution of the case because of the current stage of the proceedings.

**IT IS SO ORDERED.**

DATED:     April 19, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE